IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR147 |
| vs. | ) | |
| | ) | TRIAL ORDER |
| JEFFREY L. ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was originally set for trial on July 29, 2008. Trial was continued to November 18, 2008, at the defendant's request. After the court declined to grant the defendant another trial continuance, the defendant requested a change of plea hearing. The change of plea was originally set for December 18, 2008 and was continued two more times at the defendant's request. Defense counsel now advises the court that there is no plea agreement. For that reason,

**IT IS ORDERED:**

1. The change of plea hearing now set for January 14, 2009, is cancelled.

2. This case is scheduled for a jury trial before Judge Smith Camp, to begin **Tuesday, February 3, 2009 at 8:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), I find that the ends of justice will be served by cancelling the plea hearing and returning the matter to the trial docket. The time **between today's date and February 3, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case, taking into account the nature of the case and the exercise of due diligence. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED January 12, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**